**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| C4CAST.COM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:13-cv-035-JRG-RSP |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| RECREATIONAL EQUIPMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel of record on behalf of Defendant Recreational Equipment, Inc.:

> James G. Warriner
> Texas Bar No. 24070813
> K&L Gates LLP
> 111 Congress Ave., Suite 900
> Austin, Texas 78701
> Telephone: 512-482-6800
> Facsimile: 512-482-6859
> jim.warriner@klgates.com

- 2 -

Dated: February 1, 2013                           Respectfully submitted,

   /s/ *James G. Warriner*
James G. Warriner
Texas Bar No. 24070813
jim.warriner@klgates.com
K&L Gates LLP
111 Congress Avenue, Suite 900
Austin, Texas 78701
Telephone (512) 482-6800
Facsimile (512) 482-6859

**ATTORNEY FOR DEFENDANT**
**RECREATIONAL EQUIPMENT, INC.**

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 1, 2013. Any other counsel of record will be served by facsimile transmission or by first class mail.

   /s/ *James G. Warriner*