UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-035
Name of party requesting extension: Recreational Equipment, Inc.
Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 01/28/2013
Number of days requested:   ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 03/20/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: James George Warriner
State Bar No.: TX 24070813
Firm Name: K&L Gates LLP
Address: 111 Congress Avenue
 Suite 900
 Austin, Texas 78701
Phone: 512-482-6800
Fax:   512-482-6859
Email: jim.warriner@klgates.com

A certificate of conference does not need to be filed with this unopposed application.